STATE v. VOLCY

No. 93P00

Case below: 136 N.C.App. 443

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 June 2000.

STATE v. WIGGINS

No. 159P00

Case below: 136 N.C.App. 735

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 June 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

STEPHENSON v. TOWN OF GARNER

No. 107P00

Case below: 136 N.C.App. 444

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

TART v. MARTIN

No. 174PA00

Case below: 137 N.C.App. 371

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 15 June 2000.

TREXLER v. POLLOCK

No. 581P99

Case below: 135 N.C.App. 601

Motion by defendant (Hugh Chatham Memorial Hospital, Inc.) to strike plaintiff's petition for rehearing on petition for discretionary review or in the alternative petition for writ of certiorari dismissed as moot 8 May 2000.